## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 10-01817 |
|    Humberto Trujillo | ) | | |
|    Laura Frances Trujillo | ) | Chapter: | Chapter 13 |
|       Debtors, | ) | | |
| | ) | Judge: | Jack B. Schmetterer |

| | | | |
|---|---|---|---|
| Humberto Trujillo | ) | | |
| Laura Frances Trujillo | ) | | |
|       Plaintiffs | ) | | |
| | ) | Adv. No: | 10 A 00425 |
| | ) | | |
| Vs | ) | | |
| | ) | Judge: | Jack B. Schmetterer |
| JP Morgan Chase Bank | ) | | |
|       Defendant, | ) | | |

### ~~PROPOSED~~ FINDINGS OF FACT AND CONCLUSIONS OF LAW

NOW COME the Plaintiffs, HUMBERTO TRUJILLO & LAURA FRANCES TRUJILLO, by and through their attorneys, Geraci Law L.L.C., to present their findings of fact and conclusions of law, and state as follows:

1. The Plaintiffs, Humberto Trujillo and Laura Frances Trujillo, are individuals residing at 8629 South Latrobe, , Burbank, IL, 60459.

2. JP Morgan Chase Bank is a lender and/or servicer of mortgages.

3. Humberto Trujillo and Laura Frances Trujillo filed for relief under Chapter 13 of the United States Bankruptcy Code on 01/19/2010 in the Northern District of Illinois as Case Number 10-01817.

4. This Adversary Proceeding arises under §§ 502 and 506 of the United States Bankruptcy Code.

5.  This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 151, 157, and 1334 and this is a "core proceeding" under 28 U.S.C. 157.

6.  Humberto Trujillo and Laura Frances Trujillo are the owners of real estate located at 8629 South Latrobe, , Burbank, IL, 60459 ("the real estate"), and legally described as follows:

    Lots 34, 35, and 36 and the west ½ of the vacated alley lying east and adjoining said lots in 87th and Laramie avenue addition, being a subdivision of the east ½ of the southeast ¼ of the southeast ¼ of the southwest ¼ of section 33, township 38 north, range 13, east of the third principal meridian, in Cook County, Illinois.

    Common Address: 8629 South Latrobe, Burbank, IL 60459

    Parcel numbers: 19-33-305-007-0000, 19-33-305-008-0000, 19-33-305-009-0000

7.  The fair market value of the real estate is $185,000, pursuant to exhibit A to the original adversary complaint.

8.  A first mortgage lien is currently held by JP Morgan Chase in the amount of $195,297.46, pursuant to JP Morgan Chase's proof of claim on file with the Bankruptcy Court in the underlying bankruptcy, attached to the original adversary complaint as exhibit B.

9.  Under 11 U.S.C §§ 506(a) and 506(d), Defendant's junior mortgage would be allowed a secured claim to the extent of the value of the estate's interest in the property securing the claim, and Defendant's lien is void to the extent it is not allowed a secured claim.

10. The amount owed on the first mortgage, $195,247.46, exceeds the value of the above real estate, $185,000.

11. Due to the junior mortgage lien, which is held by Defendant, being wholly unsecured, it should not be allowed as a secured claim, and the mortgage may be stripped off. See

Holloway v. United States, No. 01-C-4052, 2001 WL 1249053 (N.D.Ill. Oct.16, 2001); In re Waters, 276 B.R. 879 (N.D. Il 2002) In re Pond, 252 F.3d 122 (2nd Cir. 2001); In re McDonald, 205 F.3d 606 (3rd Cir. 2000); In re Bartee, 212 F.3d 277 (5th Cir. 2000); In re Lane, 280 F.3d 663 (6th Cir. 2002); In re Zimmer, 313 F.3d 1220 (9th Cir. 2002); In re Tanner, 217 F.3d 1357 (11th Cir. 2000).

~~Respectfully submitted,~~

~~/s/ Justin R. Storer~~
~~Justin R. Storer~~
~~Attorneys for the Plaintiff~~
~~Geraci Law LLC~~
~~55 E. Monroe Street #3400~~
~~Chicago, Illinois 60603~~
~~(Ph): 312.332.1800~~
~~(Fax): 312.332.6354~~

*[signatures]*

JUL 0 8 2010

7/8/10